```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                                :
                                :
UNITED STATES OF AMERICA        :
                                :      S4 13 Cr. 836 (SHS)
        - v. -                  :
                                :
DENNIS BUIE, JR.,               :
                                :
        Defendant.              :
- - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/15

UNSEALING ORDER

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Andrew Bauer;

It is found that the Superseding Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:     New York, New York
           January 8, 2015


_____
THE HONORABLE JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE