ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

DENNIS BUIE, JR.,

      Defendant.

- - - - - - - - - - - - - - - - - x

SEALED
**SUPERSEDING INDICTMENT**

S4 13 Cr. 836 (SHS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/14

**COUNT ONE**

The Grand Jury charges:

1. From at least in or about January 2013, up through and including in or about October 2013, in the Southern District of New York and elsewhere, DENNIS BUIE, JR., the defendant, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, BUIE and others committed armed robberies of establishments and individuals who sold goods and services that had been manufactured and shipped in interstate commerce, or otherwise affected interstate commerce, including but not limited to (i) cellular phone stores, (ii) individuals who they believed to be

conducting illegal gambling operations, and (iii) individuals who they believed to be in possession of narcotics and narcotics proceeds, all in the Bronx and Brooklyn, New York.

Overt Acts

2.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

     a.   On or about September 18, 2013, DENNIS BUIE, JR., the defendant, and others, participated in the gunpoint robbery of a Subway restaurant located on East Gun Hill Road in the Bronx, New York and stole, among other things, a sum of United States currency.

     b.   On or about September 19, 2013, DENNIS BUIE, JR., the defendant, and others, participated in the gunpoint robbery of a cellphone store on Fulton Street in Brooklyn, New York and stole, among other things, a sum of United States currency.

     c.   On or about September 23, 2013, DENNIS BUIE, JR., the defendant, and others, participated in the gunpoint robbery of a cellphone store on Broadway in Brooklyn, New York and stole, among other things, a sum of United States currency.

     (Title 18, United States Code, Section 1951.)

## COUNT TWO

The Grand Jury further charges:

3. On or about September 18, 2013, in the Southern District of New York, DENNIS BUIE, JR., the defendant, unlawfully and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, BUIE and other co-conspirators not named as defendants herein participated in the gunpoint robbery of a Subway restaurant located on East Gun Hill Road in the Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT THREE

The Grand Jury further charges:

4. From at least in or about January 2013, up through and including in or about October 2013, in the Southern District of New York and elsewhere, DENNIS BUIE, JR., the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery conspiracy charged in Count One of this Indictment and the robbery charged in Count Two of this Indictment, knowingly did use and carry firearms, and in furtherance of such crimes, did possess firearms, and did aid and abet the use, carrying,

and possession of firearms, at least some of which were brandished.

(Title 18, United States Code,
Sections 924(c)(1)(A)(ii) and 2.)

### FORFEITURE ALLEGATION

5. As the result of committing the offenses charged in Counts One through Three of this Indictment, in violation of Title 18, United States Code, Section 1951, DENNIS BUIE, JR., the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in Counts One through Three of this Indictment, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offenses.

<u>Substitute Assets Provision</u>

6. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

4

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 981, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461, to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

    (Title 18, United States Code, Sections 981 and 1951;
       Title 28, United States Code, Section 2461; and
 Title 21, United States Code, Sections 841(a)(1) and 853.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DENNIS BUIE, JR.

Defendant.

### SUPERSEDING INDICTMENT

S4 13 Cr. 836 (SHS)

(18 U.S.C. §§ 1951, 924(c) and 2.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.

Dec 30, 2014
Filed Sealed Superseding Indictment.
U S M J Debra Freeman